No. 04–9000. LUCAS *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 04–9006. MAPP *v.* TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 04–9008. MISIAK *v.* KIMBERLY. Ct. App. Wash. Certiorari denied.

No. 04–9009. PEASE *v.* COLORADO. Ct. App. Colo. Certiorari denied.

No. 04–9010. TARVER *v.* VALADEZ, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–9017. THOMAS *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–9018. WITHERSPOON *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–9019. WILLIAMS *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON. C. A. 9th Cir. Certiorari denied.

No. 04–9023. BASCOM *v.* FRIED ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–9025. ALLEN *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–9030. MENDOZA *v.* LANE ET AL. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied.

No. 04–9036. SMITH *v.* HURLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–9038. DOYLE *v.* WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–9043. BELL *v.* UNKNOWN OFFICER ET AL. C. A. 6th Cir. Certiorari denied.